UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| REBECCA WEBB | CIVIL ACTION NO. 12-1301 |
| VERSUS | JUDGE ROBERT G. JAMES |
| STATE OF LOUISIANA, ET AL. | MAG. JUDGE KAREN L. HAYES |

ORDER OF RECUSAL

Pursuant to 28 U.S.C. §455(b)(5)(iv), I hereby disqualify myself from the handling of the above-captioned matter, for the reason that my spouse will be a material witness in the proceeding.

THEREFORE, IT IS ORDERED that the matter be referred to Chief Judge Dee Drell for reassignment to another judge in accordance with the Court's Standing Order 1.62.

MONROE, LOUISIANA, this 25th day of September, 2013.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE